| | |
|---|---|
| 1 | Bridget A. Moorhead (SBN 166298) |
| 2 | bamoorhead@mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
| 3 | 3580 Carmel Mountain Road, Suite 300<br>San Diego, CA  92130 |
| 4 | Telephone:   858-314-1500<br>Facsimile:    858-314-1501 |
| 5 | Attorneys for Defendant, |
| 6 | AMERICAN STATES PREFERRED INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY WOLFE, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>AMERICAN STATES PREFERRED INSURANCE COMPANY; and DOES 1 through 20, inclusive,<br><br>                              Defendant. | Case No. 2:14-CV-8513<br><br>**AMERICAN STATES PREFERRED INSURANCE COMPANY'S NOTICE OF REMOVAL UNDER 28 U.S.C. §1441 (b) (DIVERSITY)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant AMERICAN STATES PREFERRED INSURANCE COMPANY ("ASPIC") hereby removes the above-entitled civil action from the Superior Court of the State of California, for the County of Los Angeles, to the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§1332 and 1441, as described below.

1.     On September 17, 2014, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Anthony*

1  *Wolfe, an individual, vs. American States Preferred Insurance Company; and DOES*
2  *1 through 20, inclusive, Defendants*, as Case Number BC557936.  A copy of the
3  Complaint is attached hereto as Exhibit "A".

4      2.    On September 25, 2014, Plaintiff filed a First Amended Complaint.  A
5  copy of the First Amended Complaint is attached hereto as Exhibit "B".

6      3.    The first date upon which Defendant ASPIC received a copy of the First
7  Amended Complaint was October 3, 2014, when Defendant was served via
8  Corporation Service Company ("CSC") with a copy of the First Amended Complaint
9  and a summons from the state court.  Service on CSC was accomplished by a process
10 server on October 3, 2014.  A copy of the Summons on First Amended Complaint,
11 together with the Civil Cove Sheet is attached hereto as Exhibit "C".

12     4.    Defendant filed an Answer to the Complaint with the Superior Court of
13 California for the County of Los Angeles and served plaintiff with same on October
14 31, 2014.  A copy of the Answer is attached hereto as Exhibit "D".

15     5.    This action is a civil action of which this Court has original jurisdiction
16 under 28 U.S.C. §1332, and is one which may be removed to this Court by
17 Defendants pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action
18 between citizens of different states and the matter in controversy exceeds the sum of
19 $75,000, exclusive of interest and costs.

20     6.    Defendant is informed and believes that Plaintiff Anthony Wolfe was,
21 and still is a citizen of the State of California.  Defendant ASPIC was at the time of
22 the filing of this action, and still is, an Indiana corporation with its principal place of
23 business located at 175 Berkeley Street in Boston, Massachusetts.

24     7.    The citizenship of the Does 1 through 20 is not considered for purposes
25 of diversity jurisdiction.  *See* 28 U.S.C. § 1441(a); *Newcombe v Adolf Coors Co.*, 157
26 F.3d 686 (9th Cir.  1998) (citizenship of defendants sued under fictitious names shall
27 be disregarded for purposes of removal).

28

8. The matter in controversy exceeds the sum of $75,000 in that Plaintiff has prayed for contract benefits under a Personal Auto Insurance Policy in addition to consequential damages, attorneys' fees, and punitive damages.

WHEREFORE, Defendant ASPIC files this Notice of Removal of this action from the aforesaid Superior Court, in which it is now pending, to the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California 90012-4701.

DATED: November 3, 2014  Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

/s/*Bridget A. Moorhead*
By: Bridget A. Moorhead

Attorneys for Defendant,
AMERICAN STATES PREFERRED INSURANCE COMPANY

34255320v.1